FILED
2020 Aug-17 PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOSEPH DEBONNAIRE SOHO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.:4:20-cv-00260-CLM-GMB |
| ) | |
| WILLIAM P. BARR, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On May 27, 2020, the magistrate judge filed a report and recommendation that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot based on the petitioner's April 27, 2020, release from custody on an order of supervised release. (Doc. 7). No party filed timely objections, although advised of their right to do so.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the writ of habeas corpus is due to be **DISMISSED AS MOOT**.

The court will enter a separate Final Order.

**DONE** this 17th day of August, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE